THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>RON FRAKER, *et al.*,<br><br>Defendants. | CASE NO. C12-2086-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's objections thereto, and the remaining record, finds and ORDERS as follows:

1. The Report and Recommendation is ADOPTED;

2. Plaintiff's application to proceed *in forma pauperis* (Dkt. Nos. 1, 4) is DENIED;

3. This matter is DISMISSED pursuant to standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982); and

4. The Clerk shall send a copy of this Order to Plaintiff and to Judge Tsuchida.

//

//

ORDER
PAGE - 1

1   DATED this 29th day of January 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2